# United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen B. Jackson, Jr., U.S. Magistrate Judge
Criminal No. 3:22-cr-00059-SMR-SBJ-1   :   Clerk's Court Minutes – Arraignment

---

United States of America vs. John Robert Muriello

---

Gov. Atty(s): Clifford R. Cronk, III : ✔ Indictment   Superseding Indictment   Information
Def. Atty(s): Andrea D. Jaeger : Complaint   Warrant   Summons
Appearance: ✔ In Person   Video Conference : Code Violation/Offense:
All Parties Consent to Video Proceeding : Ct. 1: 21:841(a)(1), 841(b)(1)(A), 846 Drug Conspiracy
Court Reporter: FTR-140 :
Interpreter: N/A : Ct. 2: 18:2252(a)(4)(B), 2252(b)(2) Possession of Child Pornography
Interpreter Sworn

Date: July 19, 2022
Initial Appearance Start Time:        Arraignment Start Time: 12:01 pm   End Time: 12:05 pm

## Initial Appearance

✔ Defendant Advised of Rights:        Rule 5 Admonition Given
  Advised of Consular Notification Rights        Requesting Consular Notification   Yes   No
  Representation:   Appointed FPD   Appointed CJA   Retained Counsel
  Next Court Event:   Preliminary   Arraignment   Removal Hearing
  Set for:

---

## Arraignment

Trial Scheduled for: September 6, 2022 : ✔ Advised of Charges/Maximum Penalties
Rule 16 Material due: August 1, 2022 : ✔ Indicted in True Name
Reciprocal Discovery due: August 8, 2022 :   True Name:
Pretrial Motions due: August 16, 2022 : ✔ Reading of Indictment Waived
Plea Notification Deadline: August 16, 2022 :   Plea of Not Guilty Accepted as to Ct(s): 1 & 2
Plea Entry Deadline: August 23, 2022 : ✔ Denied Forfeiture
Status/Scheduling Conference (Counsel Only): ✔ Defendant advised that failure to enter a plea by deadline
To be set by Judge Rose at a later date.      may negatively impact consideration and finding regarding
:      reduction in offense level based upon Acceptance of
     Responsibility pursuant to USSG.

---

## Custody Status

  Government Moved for Detention        Detention Hearing Set:
  Defendant Waived Preliminary Examination        Before the Honorable:
  Defendant Waived Detention Hearing              Room:        Video Conference
  Court Ordered Defendant:   Released on Bond ✔ Detained

The Defendant is remanded to USMS custody pending further proceedings.

/s/ S. Tomlinson
Deputy Clerk